STATE OF NORTH CAROLINA v. GERALD EDWARD JONES

No. 7520SC606

(Filed 19 November 1975)

APPEAL by defendant from *Long, Judge.* Judgment entered 18 February 1975 in Superior Court, UNION County. Heard in the Court of Appeals 23 October 1975.

*Attorney General Edmisten, by Associate Attorney Cynthia Jean Zeliff, for the State.*

*James E. Griffin, for the defendant.*

BROCK, Chief Judge, HEDRICK and CLARK, Judges.

No error.